**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7730**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

KEVIN COX,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge. (CR-99-52-S, CA-01-2640-S)

---

Submitted:  March 14, 2002          Decided:  March 27, 2002

---

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Kevin Cox, Appellant Pro Se.  Tarra R. DeShields-Minnis, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Cox seeks to appeal the district court's orders denying his motions filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and 18 U.S.C. § 3582(c)(2) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Cox</u>, Nos. CR-99-52-S; CA-01-2640-S (D. Md. Sept. 6 & 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2